Stelios Stamatakis v. Kostas Retsetakis.—Application denied, with ten dollars costs.   Order signed.

William H. Henry & Company v. John E. Frey and Others.—Application denied, with ten dollars costs.   Order signed.

Mabel Schmidt v. Patrick Kiernan.—Application denied, with ten dollars costs.   Order signed.

Coleman & Krause v. Fleischmann Brothers Company.—Application denied, with ten dollars costs.   Order signed.

Lewis W. Allen v. The Friedland Realty Company.—Application denied, with ten dollars costs.   Order signed.

Andrew Corrish v. The Pullman Company.—Application granted. Order signed.

Rachel Goldberg v. Harry M. Engel and Others.—Application denied, with ten dollars costs.   Order signed.

Rachel Goldberg v. Harry M. Engel and Others.—Motion denied, with ten dollars costs.

Richard I. Brewster v. Samuel J. Silverstein.—Application denied, with ten dollars costs.   Order signed.

Neptune Realty Company v. Improved Property Holding Company and Others.—Application denied, with ten dollars costs.   Order signed.

David H. Gaines v. The City of New York.— Application denied, with ten dollars costs.   Order signed.

Broadway Building Company v. Ray D. Lillibridge.— Application denied, with ten dollars costs.   Order signed.

Brody, Adler & Koch v. Thomas A. Dent.— Application denied, with ten dollars costs.   Order signed.

Mark H. Sugerman and Others v. Alexander H. Dunscomb and Others. —Application denied, with ten dollars costs.   Order signed.

Department of Health v. Sulzberger & Sons Company.— Application denied, with ten dollars costs.   Order signed.

Katherine Griffin v. Michael Flank.— Application denied, with ten dollars costs.   Order signed.

In the Matter of Norman I. Rees, Deceased.— Motion denied, with ten dollars costs.

Harry P. Connor v. The Board of Education of the City of New York.— Motion granted.

George B. Meeteers v. The Board of Education of the City of New York. — Motion granted.

Tompkins C. Delevan and Others v. New York, New Haven and Hartford Railroad Company and Others.— Motion denied, with ten dollars costs.

Guiseppe Gaudenzi v. Theodore A. Liebler and Others.— Motion denied, with ten dollars costs.

Herman Van Slochem v. Harold G. Villard.— Motion granted, question certified as stated in order.

In the Matter of United States Oxygen Company v. Bernard A. Buge, Incorporated.— Motion denied, with ten dollars costs.

In the Matter of Charles T. Yerkes, Deceased.— Motion denied, with ten dollars costs.